```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2
    EUMI L. CHOI (WVBN 0722)
 3  Chief, Criminal Division

 4  NAHLA RAJAN (CSBN 218838)
    Special Assistant United States Attorney
 5
        450 Golden Gate Avenue, Box 36055
 6      San Francisco, California 94102-3495
        Telephone: (415) 436-6838
 7      FAX: (415) 436-7234

 8  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. 3-05-71019 EDL |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER AND |
| v. | ) STIPULATION EXTENDING TIME UNDER RULE 5.1 |
| FELIPE GOMEZ-PICASSO, | ) |
| Defendant. | ) |

The parties stipulate and agree, and the Court finds and holds, as follows:

    1. The parties initially appeared on the instant matter December 30, 2005 for defendant's initial appearance on the complaint, and thereafter appeared on January 5, 2006 for defendant's detention hearing. On January 5, 2006, the matter was continued until January 23, 2006 for arraignment/preliminary hearing.

    2. On January 5, 2006, Federal Public Defender Barry J. Portman, who represents the defendant, requested an extension of time from January 5, 2006 to January 23, 2006, based on effective preparation and continuity of counsel. The defendant agreed to an extension of time for the preliminary hearing under Federal Rule of Criminal Procedure 5.1(d). The parties agree that the time from January 5, 2006 to January 23, 2006 should be extended under Rule 5.1(d).

    3. In light of the foregoing facts, the failure to grant the requested extension would

STIPULATION AND PROPOSED ORDER     1
3-05-71019 EDL

1  unreasonably deny counsel for the defense the reasonable time necessary for effective
2  preparation, taking into account the exercise of due diligence.  The ends of justice would be
3  served by the Court extending the proposed time period.  These ends outweigh the best interest of
4  the public and the defendant in a timely arraignment and a speedy trial.
5      4. For the reasons stated, the time period from January 5, 2006 through January 23, 2006
6  is extended under Rule 5.1(d).

8      IT IS SO STIPULATED.

10 DATED:  January 5, 2005              Respectfully Submitted,

12                                                     /S/
13                          NAHLA RAJAN
                         Special Assistant United States Attorney

15 DATED:  January 5, 2005                        /S/
                         BARRY J. PORTMAN
16                          Counsel for Felipe Gomez-Picasso

17     PURSUANT TO STIPULATION, IT IS SO ORDERED.

19 DATED:  Jan. 6, 2006
20                          HONORABLE JOSEPH C. SPERO
                         United States Magistrate Judge

STIPULATION AND ~~PROPOSED~~ ORDER    2
3-05-71019 EDL